1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KATIE SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>LOWE'S HIW, INC., LOWE'S COMPANIES, INC., and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 4:11-cv-1201-PJH<br><br>[~~PROPOSED~~] ORDER STAYING ALL PROCEEDINGS AND CONTINUING CASE MANAGEMENT DEADLINES<br><br>*[Joint Stipulation To Stay All Proceedings filed concurrently herewith]*<br><br>Complaint Filed:   January 20, 2011 |

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the parties' Joint Stipulation To Stay All Proceedings, and good cause being shown therein, hereby ORDERS that:

1. The instant action is hereby STAYED until Monday, July 18, 2011;

2. The case management deadlines previously set by the Court are continued to the dates set forth below:

- <u>September 1, 2011</u>: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

- <u>September 15, 2011</u>: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement; and

- <u>September 22, 2011</u>:  Initial Case Management Conference.

3. Defendant Lowe's HIW, Inc.'s Motion To Stay All Proceedings, currently set for hearing on May 11, 2011, is hereby taken off calendar.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/21/11

_____
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

1

[PROPOSED] ORDER STAYING ALL PROCEEDINGS AND CONTINUING CASE MANAGEMENT DEADLINES

23797.000843 EMF_US 35206523v1